IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHONSO V. FRAZIER II, and PHYLLIS M. KNIGHT,<br><br>Petitioners,<br><br>vs.<br><br>MICHAEL MEYERS, and NEBRASKA UNICAMERAL LEGISLATURE,<br><br>Respondents. | 8:22CV104<br><br>ORDER |

    This matter is before the court on Petitioner Phyllis M. Knight's ("Knight") Motion for Leave to Appeal in Forma Pauperis. (Filing 5.) Knight filed what the court construes as a Notice of Appeal (filing 5) on July 18, 2022. Knight appeals from the court's Memorandum and Order and Judgment dated June 16, 2022. (Filings 3 & 4.) Upon review of Knight's Motion for Leave to Appeal in Forma Pauperis, the court finds Knight is entitled to proceed in forma pauperis on appeal.

    IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing 5) is granted.

    Dated this 22nd day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge